AO 91 (Rev. 08/09) Criminal Complaint

FILED
MAY 29 2018
CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ________ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

United States of America
v.
Moayad Heider Mohammad ALDAIRI

*Defendant(s)*

Case No. DR18-641M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of Jul 1, 2017 through Dec 12, 2017 in the county of Maverick in the Western District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. §§ 1324 (a)(1)(A)(v)(I), 1324(a)(1)(A)(i), & (B)(i) Conspiracy to Bring an Alien to the United States for Financial Gain | Any person who engages in any conspiracy to, knowing that a person is an alien, bring or attempt to bring, for the purpose of commerical advantage or private financial gain, to the United States in any manner whatsoever such person at a place other than a designated port of entry or place other than as designated by the Commissioner, regardless of whether such alien has received prior official authorization to come to, enter, or reside in the United States and regardless of any future official action which may be taken with respect to such alien. |

This criminal complaint is based on these facts:

See attached affidavit for details.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Haroldo Amorim, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/29/2018

[signature]
*Judge's signature*

City and state: Del Rio, Texas

Collis White, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT FOR AN ARREST WARRANT

From on or about July 1, 2017 to December 12, 2017, Moayad Heider Mohammad ALDAIRI, a citizen of Jordan and legal resident of Mexico, conspired with others to smuggle Special Interest Aliens (SIA) into the United States from Mexico. Between October 31, 2017 and December 12, 2017, six (6) citizens of Yemen crossed illegally into the United States from Mexico thorough Eagle Pass, TX. The HSI interviews with the six (6) detained Yemenis revealed that each of them paid ALDAIRI varying amounts to be smuggled into the United States from Mexico. All six (6) Yemenis positively identified ALDAIRI from a six-pack photo lineup as the person who smuggled them into the United States from Mexico.