AO 442 (Rev. 01/09) Arrest Warrant

FILED

2018 MAY 21 PM 2:12

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

United States of America
v.

Bassam Alawi Saleh AL-AWADHIAL

*Defendant*

Case No. DR18-641M

RECEIVED

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ______________________________,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☒ Order of the Court

This offense is briefly described as follows:

18 USC 3144 - Release or Detention of a Material Witness

Date: 2/28/18

*Issuing officer's signature*

City and state: Del Rio, Texas

Collis White, United States Magistrate Judge

*Printed name and title*

**Return**

This warant was received on *(date)* 2-28-18, and the person was arrested on *(date)* 2-28-18
at *(city and state)* Del Rio, TX.

Date: ____________

Rosie M Perez, CBP, Del Rio

*Arresting officer's signature*

For: Haroldo Amorim HSI Special Agent

*Printed name and title*